1 | CENTER FOR DISABILITY ACCESS
2 | Amanda Seabock, Esq., SBN 289900
3 | Chris Carson, Esq., SBN 280048
  | Dennis Price, Esq., SBN 279082
4 | Mail: 8033 Linda Vista Road, Suite 200
  | San Diego, CA 92111
5 | (858) 375-7385; (888) 422-5191 fax
  | amandas@potterhandy.com
6 | Attorneys for Plaintiff

MATTHEW J. WEBB (SBN:148228)
mwebblaw@cs.com
LAW OFFICE OF MATTHEW J. WEBB
1382 A Street
Hayward, California 94541
Telephone: (510) 444-4224
Facsimile: (310) 472-3223
Attorneys for Defendants
Sharaf K. Mohamed, Asia Mohamed and Amir Sharaf Mohamed

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| OZIEL SAWYER III, | Case: 3:19-CV-07079-RS |
|---|---|
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a)(1)(A)(ii)** |
| SHARAF K. MOHAMED; ASIA MOHAMED; AMIR SHARAF MOHAMED; and Does 1-10, | |
| Defendants. | |

1

## **STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: May 29, 2020          CENTER FOR DISABILITY ACCESS

                             By: /s/ Amanda Lockhart Seabock
                                 Amanda Lockhart Seabock
                                 Attorneys for Plaintiff

Dated:                       LAW OFFICE OF MATTHEW J. WEBB

                             By: _____
                                 Matthew J. Webb
                                 Attorneys for Defendant
                                 Sharaf K. Mohamed, Asia Mohamed
                                 and Amir Sharaf Mohamed

**STIPULATION**

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated:                    CENTER FOR DISABILITY ACCESS

By: _____
Amanda Lockhart Seabock
Attorneys for Plaintiff

Dated: 4-15-20           LAW OFFICE OF MATTHEW J. WEBB

By: _____
Matthew J. Webb
Attorneys for Defendant
Sharaf K. Mohamed, Asia Mohamed
and Amir Sharaf Mohamed